John W. Davis (CA Bar No. 200113)
john@johnwdavis.com
LAW OFFICE OF JOHN W. DAVIS
501 W. Broadway, Suite 800
San Diego, CA  92101
Telephone:  (619) 400-4870

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. DAVIS<br>　　　　　　　Plaintiff,<br><br>v.<br><br>BPCL MANAGEMENT, LLC f/k/a BAHAMAS PARADISE CRUISE LINE, LLC d/b/a BAHAMA ISLAND CRUISES; and DOES 1-100, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 18cv0607-CAB-BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  Pursuant to Fed. R. Civ. P. § 41(a)(1)(A)(i), plaintiff John W. Davis hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice as to all causes of action.

Dated: June 20, 2018                       Respectfully submitted,


                                        By:    /s/ John W. Davis
                                            John W. Davis

---

Notice of Voluntary Dismissal                                    18cv0607-CAB-BLM

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2018, I filed the following documents on behalf of plaintiff John W. Davis.  This document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5.4.  Pursuant to Federal Rule of Civil Procedure 5, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via U.S. First Class Mail.  However, the undersigned is not aware of anyone who has not consented to electronic service.

Date: June 20, 2018                                       Respectfully submitted,

                                                             s/ John W. Davis
                                                            Law Office of John W. Davis
                                                            501 W. Broadway, Suite 800
                                                            San Diego, CA  92101
                                                            (619) 400-4870
                                                            john@johnwdavis.com